# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LISA MURPHY**  **PLAINTIFF**
**ADC #760343**

**V.**          **CASE NO. 3:20-CV-172-DPM-BD**

**NICOLE LANE, Chaplain,**
**McPherson Unit,**
**Arkansas Division of Correction**          **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**   **Procedure for Filing Objections:**

This Recommendation for dismissal has been sent to Chief Judge D.P. Marshall Jr. Ms. Murphy may file objections if she disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Ms. Murphy does not file objections, she risks waiving the right to appeal questions of fact. And, if no objections are filed, Chief Judge Marshall can adopt this Recommendation without independently reviewing the record.

**II.**   **Discussion:**

Lisa Murphy, an Arkansas Division of Correction inmate, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Doc. No. 1) Because of her litigation history, Ms. Murphy is not eligible to proceed *in forma pauperis* (IFP), absent

allegations that she is in imminent danger of serious bodily injury.[1] She did not plead any facts at all in her complaint; instead, she wrote "see attached" in her statement of claims. No documents were attached.

On June 26, 2020, the Court ordered Ms. Murphy to pay the $400 filing fee or plead facts indicating that she is in immediate danger of serious bodily injury. (Doc. No. 2) She was warned that this case could be dismissed if she failed to address the filing fee issue by July 26.

Ms. Murphy has not amended her complaint to include facts showing that she is in danger; and she has not paid the filing fee. In fact, she has not contacted the Court at all since filing her complaint on June 24.

### III. Conclusion:

The Court recommends that Ms. Murphy's claims be DISMISSED, without prejudice, for failing to pay the filing fee.

DATED this 29th day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals count as "strikes" against Ms. Murphy for purposes of determining eligibility for IFP status: *Murphy v. Fisk*, 1:15-CV-50-BSM (E.D. Ark. July 24, 2015) (dismissing for failure to state a claim); *Murphy v. Robinson*, 1:15-CV-47-JM (E.D. Ark. June 24, 2015) (dismissing as frivolous); *Murphy v. Culclager*, 1:15-CV-27-BSM (E.D. Ark. June 5, 2015) (dismissing for failure to state a claim); *Murphy v. Kelly*, 1:15-CV-44-JM (E.D. Ark. Apr. 27, 2015) (same); *Murphy v. Faust*, 1:14-CV-127-JM (E.D. Ark. Nov. 18, 2014) (same); *Murphy v. Hot Springs County*, 6:11-CV-6049 (W.D. Ark. Nov. 7, 2011) (same).