IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY
ADC #760343                                                                PLAINTIFF

v.                              No. 3:20-cv-172-DPM

NICOLE LANE, Chaplain,
McPherson Unit                                                             DEFENDANT

## ORDER

The Court adopts Magistrate Judge Deere's unopposed recommendation, *Doc. 3*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Murphy's complaint will be dismissed without prejudice for failure to pay the filing fee. 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 August 2020