IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY
ADC #760343                                                                      PLAINTIFF

v.                              No. 3:20-cv-172-DPM

NICOLE LANE, Chaplain,
McPherson Unit                                                                   DEFENDANT

## JUDGMENT

Murphy's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 August 2020